# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| JALEON KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:18-cv-149-WKW-GMB |
| ) | [WO] |
| WAL-MART STORES EAST, LP, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For good cause, it is ORDERED that the pending Report and Recommendation (Doc. 35) is VACATED. A new recommendation addressing Defendant's Motion to Dismiss (Doc. 27) will issue.

DONE on the 14th day of February, 2019.

_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE